In the Matter of ANGEL DIAZ, Appellant, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Decided June 26, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

---

EASTSIDE EXHIBITION CORP., Appellant, v 210 EAST 86TH STREET CORP., Respondent.

Submitted April 9, 2012; decided June 26, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 617 (2012)].

---

In the Matter of A. DENNIS GARDNER, Respondent, v COXSACKIE-ATHENS CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Appellant.

Submitted April 30, 2012; decided June 26, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not a nonfinal order of the type provided for in CPLR 5602 (a) (2).